UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00565-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  BENJAMIN MONTEZ-AVALOS

      Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      A Notice of Disposition was filed in the above matter on January 14, 2011. A Change of Plea hearing is set for **Friday, March 18, 2011 at 3:30 p.m.**

      **Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than 72 HOURS before the hearing date.** If the documents are not timely submitted, the hearing will be **VACATED**. **There will be no exceptions to this policy, and sanctions may be imposed for failure to comply.**

      Dated: January 14, 2011